IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v                                                                           Cr. No. 05-20269-1-D

KENNETH SOMERVILLE

**ORDER REVOKING BOND**

This cause came on to be heard on Wednesday, July 5, 2006, pursuant to a petition for revocation of bond filed by Pretrial Services Officer Valerie D. Pugh, alleging violation of the conditions of the defendant's pretrial release. After hearing evidence, the court determined that the conditions of the defendant's pretrial release had been violated; therefore, it is ORDERED that the defendant's bond be and hereby is revoked. The defendant will be held in custody pending the trial of this matter.

    IT IS SO ORDERED.

    s/ James H. Allen
    JAMES H. ALLEN
    UNITED STATES MAGISTRATE JUDGE

    DATE: JULY 5, 2006

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____